UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL DOE X, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 26-10072-WGY |
| PRESIDENT AND FELLOWS OF HARVARD | ) |
| COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

YOUNG, D.J.

On January 8, 2026, Plaintiff Michael Doe X filed a pro se complaint accompanied by a motion for leave to proceed in forma pauperis and a motion to proceed pseudonymously. Upon consideration, it the Court hereby orders:

1. The motion (Doc. No. 2) for leave to proceed in forma pauperis is GRANTED.

2. The motion to proceed pseudonymously (Doc. No. 3) is ALLOWED TEMPORARILY. Plaintiff may proceed under a pseudonym, however, the Court intends to revisit this determination at various stages of the proceedings including after the appearance of the Defendants.

Unless otherwise ordered by the Court:

(i) the parties will refer to plaintiff by the pseudonym "Michael Doe X" in all filings;

    (ii) the parties will be prohibited from disclosing Michael Doe X's identity to any third party unless such disclosure is necessary to litigate this action;

    (iii) the parties will redact all information that identifies Mr. X from public filings, or in the alternative submit such filings under seal; and

    (iv) any party who discloses Mr. X's identity to a third party shall provide a copy of this order to the third party and inform them that they are subject to it.

    3. The Clerk shall issue summonses for the President and Fellows of Harvard College, Mount Auburn Hospital and Tufts Medical Center, Inc. Service must be effected in accordance with Rule 4 of the Federal Rules of Civil Procedure. Service may be effected by any person over the age of 18 who is not a party to this action. See Fed. R. Civ. P. 4(c)(2). In addition, because Plaintiff is proceeding in forma pauperis, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If asked by Plaintiff, the USMS shall serve the summons, complaint, and this Order as directed by Plaintiff. Plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each defendant to be served. The Clerk shall provide Plaintiff with forms and instructions for service by the USMS.

    4. Plaintiff must complete service within 90 days from the date of the issuance of the summons. Failure to comply with this deadline may result in dismissal of this action without

2

further notice to Plaintiff.  See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

**So ordered.**

Dated: January 8, 2026

/s/ William G. Young
William G. Young
United States District Judge