UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PRO SE MICHAEL MICHAEL DOE X,<br><br>          Plaintiff,<br><br>          v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE,<br>MOUNT AUBURN HOSPITAL,<br>TUFTS MEDICAL CENTER, INC.,<br><br>          Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br>NO. 26-10072-WGY |

YOUNG, D.J.                                                    May 6, 2026

## STANDING
## ORDER

A person who applies for the privilege of filing documents electronically must certify that such person understands the requirements of such filing and is capable of performing them.

Persons who are incapable of performing electronic filing requirements have ample opportunity to file documents physically.

In keeping with their strict neutrality court personnel may not perform electronic filing for such persons as have been accorded electronic filing privileges.

**SO ORDERED.**

_William G. Young_
WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[1]

---

[1] This is how my predecessor, Peleg Sprague (D. Mass 1841-1865), would sign official documents. Now that I'm a Senior District

---

Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 48 years.