UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



Michael Doe X,

Plaintiff,    v.

President and Fellows of Harvard College, et al.,

Defendants.

Civil Action No. 1:26-cv-10072-WGY

PLAINTIFF'S MOTION TO DEEM SERVICE TIMELY AND SUFFICIENT, OR IN THE ALTERNATIVE, FOR EXTENSION OF TIME TO PERFECT SERVICE

Plaintiff Michael Doe X respectfully moves this Honorable Court for an order deeming service timely and sufficient. In the alternative, should the Court determine that service upon any defendant was incomplete, technically deficient, or otherwise insufficient under Rule 4 of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a reasonable extension of time to perfect service.

In support of this motion, Plaintiff states as follows:

1.  Plaintiff has made diligent and good-faith efforts to serve all named defendants within the time prescribed by Rule 4(m).
2.  Plaintiff caused the summons,  Notice of Lawsuit and Request to Waive Service of Summons (AO 398), and Waiver of the Service of Summons (AO 399) materials to be delivered to the defendants and/or their appropriate offices.
3.  Plaintiff obtained written acknowledgments and receipts reflecting delivery of the service materials and filed a Notice of Service of Process with supporting documentation before the applicable service deadline.
4.  Plaintiff respectfully submits that service has been timely completed and that the filed materials demonstrate substantial compliance with the requirements of Rule 4.

1

5. Plaintiff has acted diligently at all times and has made good-faith efforts to provide notice of this action to all defendants.

6. To the extent the Court determines that service upon any defendant was incomplete, technically deficient, or otherwise insufficient, Plaintiff respectfully requests a reasonable extension of time to cure any deficiency and perfect service.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Deem service timely and sufficient as to the defendants; or

B. In the alternative, grant Plaintiff additional time to perfect service upon any defendant for whom the Court finds service insufficient; and

C. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Michael Doe X: Plaintiff, Pro Se

Signature:

Dated: June 8, 2026.

Tel: 6178819148    Email: doexmichael@gmail.com

2